

1 BENJAMIN B. WAGNER
United States Attorney
2 MARK J. McKEON
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CERTAIN SPRINT/NEXTEL CELLULAR TELEPHONE | MISC. CASE NO. 1:13-SW-43-SKO<br><br>**UNDER SEAL**<br><br>[PROPOSED] ORDER SEALING APPLICATION FOR AUTHORIZATION TO INSTALL AND USE PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CERTAIN SPRINT/NEXTEL CELLULAR TELEPHONE, ORDER THERON, and APPLICATION, MEMORANDUM, DECLARATION AND ORDEER TO SEAL SAID APPLICATION |

The United States of America, having applied to this Court for an Order permitting it to file the Application for Authorization to Install and Use Pen Registers and Trap and Trace Devices for a Certain Spring/Nextel Cellular Telephone and Order thereon, together with its Application to Seal, Memorandum of Points and Authorities, the accompanying Declaration of Mark J. McKeon, and this Order, under seal, and good cause appearing

Order Sealing Application for Pen
Register & Tap and Trace

1

1  therefore,

2      IT IS HEREBY ORDERED that the Application for Authorization
3  to Install and Use Pen Registers and Trap and Trace Devices for
4  a Certain Sprint/Nextel Cellular Telephone in the above-entitled
5  proceeding and Order thereon, together with the Application to
6  Seal of the United States Attorney, the accompanying Memorandum
7  of Points and Authorities, and Declaration of Mark J. McKeon,
8  and this Order, shall be filed with the Court *in camera*, under
9  seal and shall not be disclosed pending further order of this
10 court.

11 Dated: February 13, 2013

                                                          HON. SHEILA K. OBERTO
                                                        United States Magistrate Judge

28 Order Sealing Application for Pen
   Register & Tap and Trace