```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

FILED
FEB 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF [SEALED] | NO. 1:13-SW-43-SKO |
| | SEALING ORDER |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed in the above-captioned matter be and are hereby ordered sealed until further order by this Court.

2-13-12

_____
HON. SHEILA K. OBERTO
United States Magistrate Judge

-1-

Sealing Order