```
BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

FILED

MAY 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: <br><br> AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CERTAIN SPRINT/NEXTEL CELLULAR TELEPHONE | CASE NO. 1:13-SW-00043 SKO <br><br> ORDER TO UNSEAL APPLICATION FOR AUTHORIZATION TO INSTALL AND USE PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CERTAIN SPRINT/NEXTEL CELLULAR TELEPHONE |

IT IS HEREBY ORDERED that the Application for Authorization to install and use Pen Registers and Trap and Trace Devices for a certain Sprint/Nextel Cellular telephone be unsealed and made public record.

Dated: May 18, 2015

SHEILA K. OBERTO
U.S. Magistrate Judge

TYPE PLEADING NAME

2